# United States Bankruptcy Court
### Eastern District of Missouri

In re __Brian Grattan Babcock__                                      Case No. _____

Debtor(s)                                                             Chapter __13__

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:
1. Gross Income For 12 Months Prior to Filing:                         $ __10,800.00__

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:
2. Gross Monthly Income                                                $ __900.00__

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:
3. Net Employee Payroll (Other Than Debtor)                            $ __0.00__
4. Payroll Taxes                                                         __0.00__
5. Unemployment Taxes                                                    __0.00__
6. Worker's Compensation                                                 __0.00__
7. Other Taxes                                                           __0.00__
8. Inventory Purchases (Including raw materials)                         __0.00__
9. Purchase of Feed/Fertilizer/Seed/Spray                                __0.00__
10. Rent (Other than debtor's principal residence)                       __0.00__
11. Utilities                                                            __0.00__
12. Office Expenses and Supplies                                         __0.00__
13. Repairs and Maintenance                                              __0.00__
14. Vehicle Expenses                                                     __0.00__
15. Travel and Entertainment                                             __0.00__
16. Equipment Rental and Leases                                          __0.00__
17. Legal/Accounting/Other Professional Fees                             __0.00__
18. Insurance                                                            __0.00__
19. Employee Benefits (e.g., pension, medical, etc.)                     __0.00__
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **Condo Fees** | 202.00 |
| **Maintenance** | 50.00 |

22. Total Monthly Expenses (Add items 3-21)                              $ __252.00__

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:
23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)            $ __648.00__